IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| Hawaii Carpenters Trust Funds, et al., | ) ) ) | 1:11-CV-00620-LEK-RLP |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| Angello's Construction, LLC, John Does 1-100, Jane Does 1-100, Doe Corporations 1-100, Doe Partnerships 1-100, Doe Entities 1-100, Doe Governmental Units 1-100, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION

Amended Findings and Recommendation having been filed and served on all parties on March 29, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the AMENDED FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT, doc no. 15, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, April 13, 2012.



      /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**HAWAII CARPENTERS TRUST FUNDS, ET AL. V. ANGELLO'S CONSTRUCTION, LLC, ET AL; CIVIL NO. 11-00620 LEK-RLP; ORDER ADOPTING MAGISTRATE'S AMENDED FINDINGS AND RECOMMENDATION**